NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHEETAH OMNI LLC,**
*Plaintiff-Appellant,*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS USA, INC.,**
*Defendants,*

and

**MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,**
*Defendant-Appellee.*

———————————

2010-1169

———————————

Appeals from the United States District Court for the Eastern District of Texas in No. 08-CV-0279, Leonard Davis.

———————————

**JUDGMENT**

———————————

THOMAS A. LEWRY, Brook Kushman P.C., of Southfield, Michigan, argued for plaintiff-appellant. With him on the brief were FRANK A. ANGILERI, JOHN S. LEROY and ROBERT C.J. TUTTLE.

VINCENT J. BELUSKO, Morrison & Foerster LLP, of Los Angeles, California, argued for defendant-appellee. With him on the brief was NICOLE M. SMITH.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


October 12, 2010        /s/ Jan  Horbaly
Date                              Jan Horbaly
                                       Clerk